CHARLES C. WALLACE, as Administrator, etc., of ELFA WALLACE, Deceased, Respondent, v. GRACE P. D'APRILE and Another, Appellants.— Order and judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

MARY E. YOUNG, Respondent, Appellant, v. ELMIRA WATER, LIGHT AND RAILROAD COMPANY, Appellant, and ERIC E. KUNZMAN, Respondent.— Judgment against the Elmira Water, Light and Railroad Company, and order, affirmed, with costs. Judgment in favor of the defendant Kunzman, and order, affirmed, with costs against the plaintiff. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.

ELIZABETH GANNON, Respondent, v. ELMIRA WATER, LIGHT AND RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

JULIUS A. HIGIER, Respondent, v. ALMEDA MOYNEHAN, Appellant.— Judgment and order affirmed, with costs. Van Kirk, P. J., Hinman, Davis and Whitmyer, JJ., concur; Hill, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL JULIAN, Appellant.— Judgment of conviction and order unanimously affirmed. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

GEORGE TOMAK, Respondent, v. WILLIAM P. CARR, INC., Appellant.— Judgment reversed, with costs, and complaint dismissed, with costs, on the ground that defendant has not received over $1,000 from the Nash 1924 sedan; he has received $650 and another automobile; liability will arise only when and if the second automobile is sold for more than $350. Van Kirk, P. J., Hinman, Whitmyer and Hill, JJ., concur; Davis, J., dissents and votes for affirmance on the ground that the value of the Nash car was fixed by the defendant at $1,250 and he thereby became obligated to pay to the plaintiff $250.

JOHN WIESNER, Appellant, v. CITY OF ALBANY, Respondent.— Order reversed on the law, with costs, and the verdict reinstated, and judgment directed for the plaintiff, with costs, on the ground that it cannot be said as a matter of law that the claim arose more than three months prior to the service on the officers of the city of a written claim and notice of intention to sue. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

JOSEPH MASLINSKI, Appellant, v. ERIE RAILROAD COMPANY, Respondent.*— Judgment and orders affirmed, with costs. Van Kirk, P. J., Hinman, Davis and Hill, JJ., concur; Hasbrouck, J., dissents on the grounds, *first*, that the evidence discloses the exercise of no reasonable care not to injure any person in the rear of the car against which defendant backed its engine; *second*, that it was error to allow the conductor to swear over objection to what Slocum, the yard brakeman, told him with regard to backing his engine. That in any event such testimony stands to corroborate Slocum's testimony. (*Doyle* v. *Rector, etc., Trinity Church,* 118 N. Y. 678.)

* Affd., 249 N. Y. 592.